UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23158-CIV-MORENO

JULIAN BREAL,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER STAYING CASE AND PLACING CASE IN CIVIL SUSPENSE FILE**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on the Motion to Vacate filed on **November 4, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 19)** on **February 5, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that case is STAYED and held in abeyance until such time that the Eleventh Circuit resolves the issue of a *Davis* claimant's burden of proof in a matter brought pursuant to 28 U.S.C. § 2255. *United States v. Davis*, 139 S. Ct. 2319 (2019). *See Garcia v. United States*, 984 F.3d 1367 (11th Cir. Jan. 8, 2021), *vacated*, 985 F.3d 850, (11th Cir. Jan. 26, 2021) (vacating decision pending a decision in *Granda v. United States*, No. 17-15194, and

*Foster v. United States*, No. 19-14771). It is also

    **ADJUDGED** as follows:

    I.       The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

    II.      The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

    III.     This order shall not prejudice the rights of the parties to this litigation.

    IV.     Upon resolution of the issue before the Eleventh Circuit Court of Appeals, the parties shall notify the Court and seek to reopen the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of February 2021.

_____
    FEDERICO A. MORENO
    UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record